ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| ARGO Systems, LLC | ) | ASBCA Nos. 62662-ADR, 62720-ADR |
| | ) | |
| Under Contract No. W912DR-14-D-0018 | ) | |

APPEARANCES FOR THE APPELLANT:     Dirk D. Haire, Esq.
Kristen Broz, Esq.
Dana Molinari, Esq.
Ronni Two, Esq.
  Fox Rothschild LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Paul B. Taylor, Esq.
Justin P. McCorcle, Esq.
Shelby Culver, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Wilmington

OPINION BY ADMINISTRATIVE JUDGE SWEET

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $625,000. This amount is inclusive of Contract Disputes Act interest, costs and attorney fees. If payment of the judgment is not made within 120 days of the date of this decision, interest shall be paid on the judgment amount pursuant to 41 U.S.C. § 7109 from 121 days until date of payment.

Dated: November 29, 2021

_James R. Sweet_

_____
JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 62662-ADR, 62720-ADR,
Appeals of ARGO Systems, LLC, rendered in conformance with the Board's Charter.

Dated: November 29, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2